F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 0 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00354-BNB

RICHARD J. ENRIGHT,

    Plaintiff,

v.

COSTCO WHOLESALE,
CYNTHIA CORDELL,
BRAIN BLANK,
ROBERT HICOK,
DENNIS ZOOK,
CRAIG JELINEK,
RICHARD (DICK) DiCERGIO, and
JAMES D. SINEGAL,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Richard J. Enright, initiated this action by filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint on February 10, 2011.

In an order filed on February 22, 2011, Magistrate Judge Boyd N. Boland directed Mr. Enright to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Enright was ordered to file an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 because the § 1915 Motion and Affidavit he submitted did not contain his original signature. In addition, Mr. Enright was instructed to file an amended Title VII Complaint because the complaint he submitted was incomplete–the "Claim for Relief" and "Request for Relief" sections were blank.

The February 22 Order warned Mr. Enright that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without prejudice and without further notice.

Mr. Enright has not filed a § 1915 Motion and Affidavit with his original signature as directed by the February 22 Order. In addition, Mr. Enright has not filed an amended Title VII Complaint with all sections completed. Therefore, Mr. Enright has failed to cure the designated deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Richard J. Enright, to comply with the order to cure dated February 22, 2011.

DATED at Denver, Colorado, this __30th__ day of ___March___, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00354-BNB

Richard J Enright
2396 Klein Place
Colorado Springs, CO 80951

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on March 30, 2011.

                                  GREGORY C. LANGHAM, CLERK

                              By: _____
                                         Deputy Clerk